AMERICUS F. CALLAHAN, Respondent, *v.* MOSES R. CROW, Appellant.

*Callahan* v. *Crow*, 91 Hun, 346, affirmed.
(Argued October 24, 1898; decided November 22, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered Janu-

ary 10, 1896, upon an order affirming a judgment in favor of plaintiff entered upon a verdict directed by the court, and an order denying a motion for a new trial.

*Franklin Bien* for appellant.

*C. N. Bovee, Jr.*, and *John McG. Goodale* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., not sitting.